Peck, A. Mag

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/27/16

MOHAMMAD AFJOL, JACQUELINE AVILES, NINA BOUTRY, AREF MUHAMMAD, ISMAEL NDIAYE, IEVGEN NEPOMNIASHCHYI, TUAN PHU, SHEKH RAHMAN, ABDOUL S. SOW, individually and on behalf of all persons similarly situated,

Plaintiffs,

—against—

CHATEAU 20TH STREET LLC; DUAL GROUPE, LLC; PHILIPPE O. BONDON; DANIEL KOCH; DEREK KOCH; PETER STILER; and MICHAEL WAINSTEIN; jointly and severally,

Defendants.

14 CV 1522 (AJP)

### JUDGMENT

Peck, M.J.

It is hereby **ORDERED AND ADJUDGED**—

1. The plaintiff Mohammad Afjol does recover of the defendant Michael Wainstein $1,201.08, plus interest at the legal rate in effect on the date of this judgment, and the plaintiff has execution therefor;

2. The plaintiff Mohammad Allaudin does recover of the defendant Michael Wainstein $1,448.95, plus interest at the legal rate in effect on the date of this judgment, and the plaintiff has execution therefor;

3. The plaintiff Jacqueline Aviles does recover of the defendant Michael Wainstein $1,375.25, plus interest at the legal rate in effect on the date of this judgment, and the plaintiff has execution therefor;

4. The plaintiff Nina Boutry does recover of the defendant Michael Wainstein $5,188.72, plus interest at the legal rate in effect on the date of this judgment, and the plaintiff has execution therefor;

5. The plaintiff Aref Muhammad does recover of the defendant Michael Wainstein $684.73, plus interest at the legal rate in effect on the date of this judgment, and the plaintiff has execution therefor;

6. The plaintiff Ismael Ndiaye does recover of the defendant Michael Wainstein $1,589.03, plus interest at the legal rate in effect on the date of this judgment, and the plaintiff has execution therefor;

7. The plaintiff Ievgen Nepomniaschyi does recover of the defendant Michael Wainstein $958.13, plus interest at the legal rate in effect on the date of this judgment, and the plaintiff has execution therefor;

8. The plaintiff Tuan Phu does recover of the defendant Michael Wainstein $1,780.19, plus interest at the legal rate in effect on the date of this judgment, and the plaintiff has execution therefor;

9. The plaintiff Shekh Rahman does recover of the defendant Michael Wainstein $2,746.22, plus interest at the legal rate in effect on the date of this judgment, and the plaintiff has execution therefor;

10. The plaintiff Abdoul S. Sow does recover of the defendant Michael Wainstein $1,027.71, plus interest at the legal rate in effect on the date of this judgment, and the plaintiff has execution therefor;

11.     The Law Office of Justin A. Zeller, P.C., does recover of the defendant Michael Wainstein $12,000.00, plus interest at the legal rate in effect on the date of this judgment, and the plaintiffs have execution therefor;

Dated: New York, New York

5/27/16

SO ORDERED.

Andrew J. Peck
United States Magistrate Judge

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

On ECF: per Lound Judge Caproni Clerk by Court

BY ECF

3