ABSTRACT OF JUDGMENT

Re: Mohammad Afjol, et al. v. Chateau 20th Street LLC, et al.

Case Number: 1:14-cv-01522-VEC

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Michael Wainstein<br>400 S. Pointe Drive, Apt. 1109<br>Miami Beach, FL 33139 | Mohammad Afjol<br>315 E. 206th Street, Apt. 4A<br>Bronx, NY 10467<br><br>Mohammad Alauddin<br>5115 13th Ave., Apt. 3AA<br>Brooklyn, NY 11219-3568<br><br>(See Addendum) |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $30,000.01 in total for Plaintiffs, consisting of:<br><br>$1,201.08 for Mohammad Afjol<br><br>$1,448.95 for Mohammad Alauddin<br><br>$1,375.25 for Jacqueline Aviles<br><br>$5,188.72 for Nina Boutry<br><br>(See Addendum) | Warner & Scheuerman<br>6 W. 18th Street, 10th FL<br>New York, NY 10011 | May 27, 2016 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated: New York          , New York

**RUBY J. KRAJICK, Clerk of Court**

_____
By, Deputy Clerk

ADDENDUM TO ABSTRACT OF JUDGEMENT

Re: Mohammad Afjol, et al. v. Chateau 20th Street LLC, et al.
Case Number: 1:14-cv-01522-VEC

Names and addresses of additional parties in whose favor judgment has been obtained:

Jacqueline Aviles
90 West Street, Apt. 17F
New York, NY 10006

Nina Boutry
170 E. 118th Street, Apt. 14
New York, NY 10035-4011

Aref Muhammad
1555 Unionport Road, Apt. 1E
Bronx, NY 10462-7744

Ismael Ndiaye
5163 48th Street, Apt. 2
Woodside, NY 11377-7333

Ievgen Nepomniashchyi
3713 W. Louisiana State Drive
Kenner, LA 70065-2403

Tuan Phu
336 58th Street, Apt. 4R
Brooklyn, NY 11220-3512

Shekh Rahman
284 E. 206th Street, Apt. 1B
Bronx, NY 10467-4065

Abdoul S. Sow
1038 Anderson Ave., Apt. 2B
Bronx, NY 10452-5315

Law Office of Justin A. Zeller, P.C.
277 Broadway, Ste. 408
New York, NY 10007

Amount of Judgment(s)

$684.73 for Aref Muhammad

$1,589.03 for Ismael Ndiaye

$958.13 for Ievgen Nepomniashchyi

$1,780.19 for Tuan Phu

$2,746.22 for Shekh Rahman

$1,027.71 for Abdoul S. Sow

$12,000.00 for The Law Office of Justin A. Zeller, P.C.